HUNTER PYLE, SBN 191125
PAMELA KONG, SBN 220912
SUNDEEN SALINAS & PYLE
1330 Broadway, Suite 1830
Oakland, California 94612

Telephone: (510) 663-9240
Facsimile: (510) 663-9241

hpyle@ssrplaw.com, pkong@ssrplaw.com

Attorneys for Petitioner
UNITED STAFF WORKERS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STAFF WORKERS,<br><br>    Petitioner,<br><br>vs.<br><br>SEIU UNITED HEALTHCARE WORKERS-WEST,<br><br>    Respondent. | Case No.: C09-02455 MHP<br><br>**STIPULATION TO TAKE PENDING MOTION TO COMPEL ARBITRATION OFF CALENDAR**<br><br>Date:    August 31, 2009<br>Time:    2:00 P.M.<br>Ctrm:    15, 18th Floor<br><br>Judge:    Hon. Marilyn Hall Patel |

**IT IS HEREBY STIPULATED** by petitioner UNITED STAFF WORKERS ("USW") and respondent SEIU UNITED HEALTHCARE WORKERS-WEST ("UHW") that USW may withdraw its pending Motion to Compel Arbitration, now set for hearing on August 31, 2009, without prejudice to filing a motion to compel arbitration in the future if necessary.

Good cause exists for this stipulation because USW reports that it is in the process of concluding a settlement with respect to several charges currently pending before the National Labor Relations Board

1  and that the settlement may affect the pending motion to compel arbitration. Consequently, it would
2  conserve judicial resources for USW to withdraw the pending motion without prejudice.
3      The parties further agree that USW shall contact the Court Clerk to request that the pending
4  motion to compel arbitration be taken off calendar without prejudice, and that UHW does not oppose
5  this request.
6      IT IS SO STIPULATED.

Dated: August 25, 2009

SUNDEEN SALINAS & PYLE

By: /s/ Hunter Pyle
    Hunter Pyle

Attorneys for Petitioner
UNITED STAFF WORKERS

Dated: August 25, 2009

ALTSHULER BERZON LLP

By: /s/ Scott Kronland
    Scott Kronland

Attorneys for Respondent
SEIU UNITED HEALTHCARE WORKERS-WEST

8/26/2009

**UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA**
IT IS SO ORDERED
Judge Marilyn H. Patel

**STIPULATION TO TAKE PENDING MOTION TO COMPEL OFF CALENDAR**
Case No. C09-02445 MHP
-2-