| | |
|---|---|
| 1 | HUNTER PYLE (SBN 191125) |
| | SUNDEEN SALINAS & PYLE |
| 2 | 1330 Broadway, Suite 1830 |
| | Oakland, CA 94612 |
| 3 | Telephone: (510) 663-9240 |
| | Facsimile: (510) 663-9241 |
| 4 | E-Mail: hpyle@ssrplaw.com |
| 5 | *Attorneys for Petitioner* |
| | United Staff Workers |
| 6 | |
| 7 | SCOTT A. KRONLAND (SBN 171693) |
| | JENNIFER SUNG (SBN 254741) |
| 8 | ALTSHULER BERZON LLP |
| | 177 Post Street, Suite 300, San Francisco, CA 94108 |
| 9 | Telephone: (415) 421-7151 |
| | Facsimile: (415) 362-8064 |
| 10 | E-Mail: skronland@altshulerberzon.com |
| | E-Mail: jsung@altshulerberzon.com |
| 11 | |
| | *Attorneys for Respondent* |
| 12 | SEIU United Healthcare Workers-West |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| United Staff Workers, | **Case No. 3:09-CV-02455-MHP** |
| Petitioner, | **STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE (FRCP 41(a))** |
| v. | |
| SEIU United Healthcare Workers-West, | |
| Respondent. | |

# STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE

Pursuant to the agreement of the parties, IT IS HEREBY STIPULATED, pursuant to FRCP 41(a), that this action is dismissed without prejudice, with all parties to bear their own attorney's fees and costs for the action.

Dated: 12-29-09

HUNTER PYLE
SUNDEEN SALINAS & PYLE

By: _____
    Hunter Pyle

Attorneys for Petitioner
United Staff Workers

Dated: 12-29-09

SCOTT A. KRONLAND
JENNIFER SUNG
ALTSHULER BERZON LLP

By: _____
    Scott A. Kronland

Attorneys for Respondent
SEIU United Healthcare Workers-West

January 4, 2010



IT IS SO ORDERED
Judge Marilyn H. Patel