1  HUNTER PYLE (SBN 191125)
   SUNDEEN SALINAS & PYLE
2  1330 Broadway, Suite 1830
   Oakland, CA 94612
3  Telephone: (510) 663-9240
   Facsimile:  (510) 663-9241
4  E-Mail: hpyle@ssrplaw.com

5  *Attorneys for Petitioner*
   United Staff Workers
6

7  SCOTT A. KRONLAND (SBN 171693)
   JENNIFER SUNG (SBN 254741)
8  ALTSHULER BERZON LLP
   177 Post Street, Suite 300, San Francisco, CA 94108
9  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
10 E-Mail: skronland@altshulerberzon.com
   E-Mail: jsung@altshulerberzon.com
11
   *Attorneys for Respondent*
12 SEIU United Healthcare Workers-West

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                   SAN FRANCISCO/OAKLAND DIVISION

17

18 United Staff Workers,                  | **Case No. 3:09-CV-02455-MHP**

19               Petitioner,              | **STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE (FRCP 41(a))**

20       v.

21 SEIU United Healthcare Workers-West,

22               Respondent.

23

## STIPULATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE

Pursuant to the agreement of the parties, IT IS HEREBY STIPULATED, pursuant to FRCP 41(a), that this action is dismissed without prejudice, with all parties to bear their own attorney's fees and costs for the action.

Dated: 12-29-09

HUNTER PYLE
SUNDEEN SALINAS & PYLE

By: _____
Hunter Pyle

Attorneys for Petitioner
United Staff Workers

Dated: 12-29-09

SCOTT A. KRONLAND
JENNIFER SUNG
ALTSHULER BERZON LLP

By: _____
Scott A. Kronland

Attorneys for Respondent
SEIU United Healthcare Workers-West

January 4, 2010

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA